[No. 31694-3-II.   Division Two.   August 9, 2005.]

THE GARAGE CO., L.L.C., *Appellant*, v. MARTIN VERKE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-09154-1, Rosanne Buckner, J., entered April 27, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31719-2-II.   Division Two.   August 9, 2005.]

STOREDAHL PROPERTIES, L.L.C., *Appellant*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-00239-1, John P. Wulle, J., entered April 26, 2004. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31722-2-II.   Division Two.   August 9, 2005.]

LEGACY ROOFING, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-04217-3, Theodore F. Spearman, J., entered April 28, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 129 Wn. App. 356.

[No. 31876-8-II.   Division Two.   August 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LANE SLERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00043-7, H. John Hall and David R. Draper, JJ., entered June 18, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Bridgewater, JJ.